# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VELVET ANN SAULSBERRY,

    Plaintiff,

v.                                                                                                                        Case No. 5:20-cv-570-TJC-PRL

BILLY WOODS, Individually and in
his Official Capacity as Sheriff of
Marion County,

    Defendant.

## O R D E R

This employment discrimination case is before the Court on Plaintiff Velvet Ann Saulsberry's Third Amended Complaint (Doc. 47), Defendant Billy Woods'[1] Motion to Dismiss Counts III and IV of Plaintiff's Third Amended Complaint (Doc. 49), Saulsberry's response (Doc. 53), and Defendant's reply (Doc. 56). Upon review of the file, it is hereby

**ORDERED:**

1. Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Third Amended Complaint (Doc. 49) is **DENIED**. Defendant shall answer the Third Amended Complaint (Doc. 47) no later than **July 21, 2023**.

---

[1] Woods is sued in his official capacity as the Sherriff of Marion County, Florida.

2. The parties shall file an amended case management report no later than **July 21, 2023**.

3. The telephone motion hearing scheduled for July 13, 2023 (Doc. 57) is **CANCELED**.

**DONE AND ORDERED** in Jacksonville, Florida the 5th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record